MARY A. NACCASH, Respondent, *v.* HILDANSID REALTY CORPORATION et al., Defendants, and SIDONIA SUMMERS, Appellant.

MARY A. NACCASH, Respondent, *v.* HILDANSID REALTY CORPORATION et al., Defendants, and LOUIS SUMMERS, Appellant.

(Submitted May 22, 1933; decided May 24, 1933.)

*Leslie J. Ekenberg* for motions.

*Solomon Rotwein* opposed.

Motions granted and appeals dismissed, with costs and ten dollars costs of motions, unless the parties are ready for argument of appeals on third Monday of present session, in which event motions denied. (See 262 N. Y. 588.)